# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Obdulio Heriberto Recinos Mejia, | No. CV-26-03284-PHX-KML (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Respondents. | |

On May 12, 2026, respondents filed an opposition to the petitioner's motion for preliminary injunction. (Doc. 10.) Respondents stated they "would not oppose an order from the Court requiring USCIS to reconsider Petitioner's reasonable-fear claim including" documents petitioner previously submitted but he believes were not properly considered. (Doc. 10 at 4-5.) Respondents believed this was "the quickest route to resolving this matter." (Doc. 10 at 5.) Petitioner's counsel received an extension to file a reply, but no reply was filed. Based on respondents' representations and the lack of any opposition from petitioner, respondents' proposal is ordered.

**IT IS ORDERED** the petition is granted to the extent that within fourteen days of this order USCIS must reconsider petitioner's reasonable-fear claim, including the documents petitioner previously submitted. All other aspects of the petition are denied.

/

/

/

**IT IS FURTHER ORDERED** the Motion (Doc. 2) is **DENIED**.

**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment in favor of petitioner and close this case.

Dated this 29th day of June, 2026.

_____
**Honorable Krissa M. Lanham**
**United States District Judge**